EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 2 2002

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.   CR02 00026 |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. § 641] |
| CARMELITA TAGORDA, | ) | |
| Defendant. | ) | |

DAE

## INFORMATION

The United States Attorney charges:

From on or about October 3, 1997 to on or about May 3, 2000, in the District of Hawaii, the defendant, CARMELITA TAGORDO, willfully and knowingly did steal, purloin and knowingly convert to her own use $19,984 belonging to the United States.

//
//
//
//

In violation of Title 18, United States Code, Section 641.

DATED: _____JAN 2 2 2002_____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. CARMELITA TAGORDA
Cr. No. _____
"Information"